JOSEPH ARTHUR WILLIAMS,

       Plaintiff,

v.                     CASE NO:  8:08-cv-2448-T-33EAJ

UNITED STATES DEPARTMENT OF
TREASURY, et al.,

       Defendants.
_____/

## **ORDER**

This cause comes before the Court pursuant to Plaintiff's Request for Court Appointed Attorney (Doc. # 25).  On January 14, 2010, the Honorable Elizabeth A. Jenkins, United States Magistrate Judge, issued a Report and Recommendation (Doc. # 27), recommending that the request be denied.  On January 28, 2010, Plaintiff filed Objections to Magistrate Judge's Report and Recommendation (Doc. # 29).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9

(11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. <u>See</u> <u>Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

Upon consideration of the Report and Recommendation of the Magistrate Judge, all objections thereto timely filed by the parties and upon this Court's independent examination of the file, it is determined that the Magistrate Judge's Report and Recommendation should be adopted and all objections overruled.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Jenkins' Report and Recommendation (Doc. # 27) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Request for Court Appointed Attorney (Doc. # 25) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>31st</u> day of March, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties and Counsel of Record